**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o MARY AGNELLO, <br><br> Plaintiff, <br><br><br> v. <br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, YWCA OF BERGEN COUNTY, ABC CORP. 1-10, <br><br> Defendants. | Civil Action No. |

**DISCLOSURE STATEMENT**

   The undersigned counsel for Defendant Horizon Blue Cross Blue Shield of New Jersey, certifies that this party is a non-governmental corporate party and that:

☐  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here;

**OR**

☑  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| _/s/ Matthew A. Baker_ <br> Signature of Attorney | Connell Foley LLP <br> Name of Firm |
| Matthew A. Baker, Esquire <br> Print Name | 457 Haddonfield Rd., Ste. 230 <br> Address |
| 4.20.12 <br> Date | Cherry Hill, New Jersey 08002 <br> City/State/Zip |

2694452-01