UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MONTVALE SURGICAL CENTER                Civil No. 12-2378(DMC)

      Plaintiff(s)

v.                                      **CONSOLIDATION ORDER**
                                        FOR PRETRIAL PURPOSES
HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY, INC., ET AL.

      Defendant(s)

---

MONTVALE SURGICAL CENTER                Civil No. 12-2908(CCC)

      Plaintiff(s)
v.

HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY, INC., ET AL.

      Defendants(s)

---

    The Court having determined that the above captioned matters are related to the same issues and facts,

    It is on this 18th day of July, 2012;

    ORDERED that Civil Action Number 12-2908(CCC) be consolidated with Civil Action No. 12-2378(CCC) for discovery purposes only.

IT IS FURTHER ORDERED that all papers to be filed should use Civil Action No. 12-2378(DMC).

                                                    _____
                                                    Joseph A. Dickson, USMJ

cc: Claire C. Cecchi,  USDJ
    Dennis M. Cavanaugh, USDJ