# EXHIBIT B

0827UCD5Q0010005198




Horizon Blue Cross Blue Shield of New Jersey
P O BOX 420
NEWARK, NJ 07101-0420

CUSTOMER SERVICE:
MONDAY-FRIDAY 8AM-5PM
VISIT OUR WEB SITE
WWW.HORIZONBLUE.COM

www.horizonblue.com

| | |
|---|---|
| Sequence No: | 5644978 |
| Payee ID: | 140441 |
| Tax ID: | 260463867 |
| NPI Code: | 1629254768 |
| Date: | 8/27/2010 |
| PAGE | 1 OF 3 |



**PAYMENT SUMMARY:**

| | |
|---|---|
| GROSS CLAIM AMOUNT: | 0.00 |
| LATE INTEREST: | 0.00 |
| A/R'S APPLIED: | 0.00 |
| CHECK AMOUNT: | 0.00 |

IF YOU SUSPECT HEALTH CARE FRAUD, PLEASE CALL OUR SPECIAL INVESTIGATIONS UNIT HOTLINE - 1-800-624-2048.

WE ARE REQUIRED BY LAW TO REJECT STANDARD TRANSACTIONS SUBMITTED WITHOUT AN NPI, EFFECTIVE 5/23/08.
WE MUST RECEIVE YOUR APPEAL WITHIN 90 DAYS OF ORIGINAL CLAIM DECISION. FOR HELP BALANCING THE VOUCHER GO TO WWW.HORIZONBLUE.COM

An Independent licensee of the Blue Cross Blue Shield Association.




Horizon Blue Cross Blue Shield of New Jersey
P O BOX 420
NEWARK, NJ 07101-0420

Date: 8/27/2010
Provider ID: 140441
Tax ID: 260463867

Sequence Number
5644979

NP-01N  002352

MONTVALE SURGICAL CENTER LLC
6 CHESTNUT RIDGE RD
MONTVALE NJ 07645-1802

MSC000005

0827UCDSQ0010005188

Date: 8/27/2010
PAGE 2 OF 3

www.horizonblue.com

Sequence No: 5644979
Payee ID: 140441
NPI Code: 1629254768

| DOS | RNK | REV COD | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

NATIONAL ACCOUNTS POS

| DOS | RNK | REV COD | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/08/10 | | X021 1200 Z544 1200 | | | | 8,400.00 | 0.00 | | 459.00 | 137.70 | 0.00 | 0.00 | 8,078.70 | | 0.00 | 321.30 |
| | | | | CLAIM TOTAL: | | 8,400.00 | 0.00 | | 459.00 | 137.70 | 0.00 | 0.00 | 8,078.70 | | 0.00 | 321.30 |

**REMARK CODES**

Z544 1200
THIS IS FOR INFORMATIONAL PURPOSES ONLY AND THE ACTUAL PAYMENT (IF ANY) WAS MADE TO THE MEMBER.

X021 1200
THIS CLAIM WAS SUBMITTED WITHOUT A VALID DIAGNOSIS/PROCEDURE CODE. PLEASE RESUBMIT THE CLAIM WITH THIS INFORMATION.

U301 1200
THIS CLAIM LINE IS AN EXACT DUPLICATE OF ANOTHER CLAIM LINE.