**EXHIBIT C**

# Montvale Surgical Center
6 Chestnut Ridge Rd
Montvale, NJ 07645
201-391-4700 ext 204

## APPEAL

September 29, 2010

Horizon
PO Box 1770
Newark, NJ 07101

Patient Name:
Patient Id # :
Date of Service: 03/08/2010

To whom it may concern:

In regards to the above named patient we are appealing your decision to allow $321.30 total for claim # 780201023705683. We are a non-participating ambulatory surgery center and are not held to fee schedules. Attached please find a copy of the patient's benefits for ASC's. Please note there are no limitations indicated in the patient's plan description that would limit an ASC reimbursement.

Non-participating provider charges are reimbursed based on R&C (Reasonable & Customary) fees determined by our geographic location. Horizon's allowance of $321.30 was considerably less than R&C.

We believe we can come to an agreement for a fair reimbursement and to avoid this claim going for arbitration.

Thank you for your consideration.

Regards,

Janell Jurcevic
Medical Billing Specialist

MSC000010