IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o M.A.,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; ABC CORP. (1-10)(Said names being fictitious and unknown entities),<br><br>Defendants. | CIVIL ACTION NO.: 12-2378-DMC-JAD |

## NOTICE OF MOTION

**TO:** Andrew R. Bronsnick, Esquire
Massood & Bronsnick, LLP
50 Packanack Lake Road
Wayne, NJ 07470
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), by its undersigned counsel, shall move for an Order for summary judgment against Plaintiffs Montvale Surgical Center, a/s/o M.A. before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey on February 4, 2013, at 9:00 a.m. or as soon thereafter as counsel may be heard.

2837104-01

In support of this Motion, Defendant Horizon Blue Cross Blue Shield of New Jersey shall rely on the accompanying Memorandum of Law with exhibits and Certification.

> CONNELL FOLEY LLP
> Liberty View
> 457 Haddonfield Road, Suite 230
> Cherry Hill, New Jersey  08002
> (856) 317-7100
>
> *Attorneys for Defendant*
> *Horizon Blue Cross Blue Shield of New Jersey*
>
> BY: *s/Matthew A. Baker*
> Matthew A. Baker, Esquire

DATE:   January 10, 2013