IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o M.A., <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; ABC CORP. (1-10)(Said names being fictitious and unknown entities), <br><br> Defendants. | CIVIL ACTION NO.: 12-2378-DMC-JAD |

## ORDER

**THIS MATTER** having been opened to the Court by Matthew A. Baker, Esquire, attorney for Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), for an Order granting Summary Judgment against Plaintiffs Montvale Surgical Center a/s/o M.A. and the Court having considered the papers in support of said motion and in opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____ 2013, **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Horizon Blue Cross Blue Shield of New Jersey and against Plaintiffs Montvale Surgical Center a/s/o M.A.;

2837104-01

**IT IS FURTHER ODERED** that a copy of this Order be served upon all parties within

___ days of the date of receipt hereof.

_____

Opposed     [ ]
Unopposed   [ ]

2837104-01