# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | |
| v. | ORDER |
| | Civil Action No. 12-cv-2378 (DMC) (JBC) |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendant Horizon Blue Cross Blue Shield of New Jersey's ("Horizon") Motion for Summary Judgment. (Def.'s Mot., Jan. 10, 2013, ECF No. 12). Pursuant to FED. R. CIV. P. 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this __21__ day of August, 2013:

ORDERED that Defendant's Motion for Summary Judgment is **granted.**

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         Hon. James B. Clark, U.S.M.J.
            All Counsel of Record
            File